No. 1225.—PIERRE COUSSIRAT *v.* THEODULE OLIVIER.

In an action of damages for slander where the verdict of the jury is manifestly contrary to law and the evidence, the Supreme Court will not undertake to assess the damages, but will remand the case for a new trial.

APPEAL from the Sixth District Court of New Orleans, *Duplantier*, J. *Fred. Buisson & A. Derbes* for appellant, *Sambola & Ducros* for appellee.

LUDELING, C. J. A careful examination of the testimony in this case has convinced us that the verdict of the jury was contrary to law and the evidence. In a case so peculiarly within the province of a jury, we would not disturb the verdict, if it were not manifestly wrong.

But we are not satisfied, that, under the circumstances, this court should assess the damages.

It is therefore adjudged and decreed that the judgment of this court, rendered on the twentieth of April, 1868, be avoided; that the judgment of the lower court be reversed, and that the verdict of the jury be set aside. It is further ordered that this case be remanded to the District Court for further proceedings according to law, and that the appellee pay costs of the appeal.

No. 1435.—W. F. WILLIAMS *v.* F. O. WOODMAN.

Where the appeal is manifestly taken for delay the judgment appealed from will be affirmed with damages for frivolous appeal.

APPEAL from the Third District Court of New Orleans, *Fellowes*, J. *C. Roselius & Alfred Philips* for plaintiff, *Henry J. Leovy* for defendant and appellant.

LUDELING, C. J. This suit was brought on a promissory note. The defense is a general denial. There was judgment in favor of the plaintiff, and the defendant has appealed.

The evidence clearly sustains the judgment, and it is manifest that the appeal is frivolous.

It is therefore ordered and adjudged that the judgment of the lower court be affirmed, with seventy-five dollars damages and costs of this court.